UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Brent Gisslen,

Plaintiff,

vs.

City of Crystal, a municipality;
E. Gary Joselyn, individually
and in his official capacity;
Thomas A. Mathisen, individually
and in his official capacity;
and Jerry Dulgar, individually
and in his official capacity,

Defendants.

Court File No.: 00-1302 MJD/JGL

**STIPULATION TO EXTENSION OF TIME AND ORDER**

Plaintiff and Defendants hereby stipulate that Defendants may have an additional fourteen (14) days to serve its response to the Complaint.

Dated: June 29, 2000

STEPHEN C. FIEBIGER & ASSOCIATES, CHARTERED

By: Stephen C. Fiebiger
Stephen C. Fiebiger, #149664
Attorney for Plaintiff
Suite 106
2500 West County Road 42
Burnsville, MN 55337
(952) 746-5171

FILED JUL 05 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

ERSTAD & RIEMER, P.A.

Dated: 6/30/00

By: ______________________

Jon K. Iverson, #146389
Paul D. Reuvers, #217700
Attorneys for Defendants
1000 Northland Plaza
3800 West 80th Street
Minneapolis, MN 55431-4441
(952) 896-3700

**ORDER**

Based upon the above Stipulation the Court extends to July 19, 2000, the time in which the Defendants may respond to the Complaint.

Dated: ____________________

By: ____________________
Magistrate Judge Jonathan G. Lebedoff