UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 00-1302 (MJD/JGL)

BRENT GISSLEN,

Plaintiff,

v.

**NOTICE OF PRETRIAL CONFERENCE**

CITY OF CRYSTAL, et al.,

Defendants.

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, a pretrial conference will be held on **Wednesday, September 6, 2000, at 9:00 a.m.**, in chambers, **Suite 9E, U.S. Courthouse, 300 South Fourth Street, MINNEAPOLIS, MN 55415**, before United States Magistrate Judge Jonathan Lebedoff. **PLEASE REPORT TO THE CHAMBERS--NOT THE COURTROOM**.

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, counsel shall meet at least 14 days before the scheduled pretrial conference. Within 10 days after the Rule 26(f) meeting, counsel shall jointly prepare and file with the Clerk of Court, a complete written Report of the Rule 26(f) meeting. The Report shall include the information identified in Rule 26(f). **It is the RESPONSIBILITY OF PLAINTIFF'S COUNSEL** to forward a **COPY** of the Rule 26(f) Report **DIRECTLY TO THIS CHAMBERS** at the address above at least three business days prior to the pretrial conference.

Counsel who will be trying the case should make every effort to be present at the conference. If this is not possible, substitute counsel should be arranged. If counsel for all parties are not listed below, it is the **RESPONSIBILITY OF PLAINTIFF'S COUNSEL** to (1) notify those parties or counsel of this conference IMMEDIATELY and (2) inform them of the requirements set forth in this notice.

If counsel is outside of the Twin Cities area and wishes to appear by phone, please **contact me by phone** at (612) 664-5120 **prior to the pretrial conference** to make arrangements.

Dated: August 2, 2000

Mary Lenner
Secretary/Calendar Clerk to
Magistrate Judge Jonathan Lebedoff

**Notice mailed to:**

Stephen Fiebiger, Esq.
2500 County Road 42 W
Burnsville, MN 55337

Jon Iverson, Esq.
Paul Reuvers, Esq.
1000 Northland Plaza
3800 West 80th Street
Minneapolis, MN 55431-4409

Filed AUG 0 2 2000
Francis E. Dosal, Clerk
Judgment Entd.________
Deputy Clerk________