UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1302 MJD/JGL

BRENT GISSLEN,

Plaintiff,

v.

**PRETRIAL ORDER**

CITY OF CRYSTAL, ET AL.,

Defendants.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is 3-4 days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to November 1, 2000;

3. Plaintiff shall disclose all expert witnesses by February 1, 2001, including reports, and Defendants shall disclose all expert witnesses by March 1, 2001, including reports;

4. The period during which the parties may seek discovery shall be completed by May 1, 2001;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to June 1, 2001;

6. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with the local rules, prior to September 1, 2001; and

7. This case will be considered "ready for trial" as of September 1, 2001.

DATED: September 6, 2000

JONATHAN LEBEDOFF
United States Magistrate Judge

Filed 9/6/00
Francis E. Dosal, Clerk
Judgment Entd.__________
Deputy Clerk__________