UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Brent Gisslen,

Plaintiff,

vs.

City of Crystal, a municipality;
E. Gary Joselyn, individually
and in his official capacity;
Thomas A. Mathisen, individually
and in his official capacity;
and Jerry Dulgar, individually
and in his official capacity,

Defendants.

Court File No.: 00-1302 MJD/JGL

**STIPULATION AND ORDER**

The parties stipulate to a stay of discovery, pending resolution of Defendants' motion for summary judgment. As a result, the parties request the Court to stay all deadlines set forth in the Court's Pretrial Order dated September 6, 2000. If the Court denies Defendants' motion, the parties propose submitting a revised scheduling order for the Court's consideration within two weeks from the date of the decision.

Dated: January 29, 2001

STEPHEN C. FIEBIGER & ASSOCIATES, CHARTERED

By: [signature]
Stephen C. Fiebiger, #149664
Attorney for Plaintiff
Suite 106
2500 West County Road 42
Burnsville, MN 55337
(952) 746-5171

JAN 30 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

ERSTAD & RIEMER, P.A.

Dated: January 25, 2001

By: ______________________

Jon K. Iverson, #146389
Paul D. Reuvers, #217700
Attorneys for Defendants
1000 Northland Plaza
3800 West 80th Street
Minneapolis, MN 55431-4441
(952) 896-3700

**ORDER**

The foregoing Stipulation, having been presented to the Court on behalf of the above parties,

IT IS HEREBY ORDERED:

1. That all discovery is stayed pending resolution of Defendants' motion for summary judgment, which shall be served no later than March 1, 2001;

2. That all deadlines set forth in the Court's Pretrial Order dated September 6, 2000 are stayed pending resolution of said motion; and

3. That if the Court denies said motion, the parties shall submit a revised scheduling order for the Court's consideration within two weeks from the date of the decision.

Dated: Jan. 30, 2001

By the Court:

Jonathan Lebedoff
United States Magistrate Judge